UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

March 17, 2014

MEMORANDUM TO COUNSEL

    Re:    *United States v. Antoine Wiggins, et al.*
             Criminal Action No. ELH-13-0512

Dear Counsel:

I write in regard to the "Motion to Modify Scheduling Order" filed today by counsel for defendant Anthony Miles ("Motion," ECF 201), in which defense counsel seeks to extend the defense motions deadline of March 28, 2014. *See* Motion at 4. Counsel asserts that "the Government has not complied" with the Court's Order of December 23, 2013, "regarding the format in which discovery is to be provided." Motion at 4; *see* Scheduling Order, ECF 145. Specifically, defense counsel claims that the Government has failed to satisfy the Court's Order requiring the Government to provide defendants with, *id.* at 2:

> Discs of the recorded conversations [that] link the calls via an HTML file that contains all standard data collected by the wiretap, including but not limited to the call data (phone number), the date of the call, the time of the call, whether the call was incoming or outgoing, the duration of the call, the number of minimizations, time minimized, and whether the call is deemed pertinent.

In a status report of January 17, 2014, the Government suggested that it would have difficulty timely satisfying this portion of the Scheduling Order. ECF 168. It explained that "to link the calls via an HTML file could take as much as 2-3 months, given the number of pertinent calls in this case." *Id*. Although the Government asked the Court "to reconsider the necessity of formatting the audio files in this fashion," *id.*, it did not suggest any alternative method of providing the required metadata to the defendants or otherwise suggest how the Scheduling Order should be modified. I did not modify the Scheduling Order and heard nothing further.

Two months have passed since the Government submitted its status report. Given that the Government estimated it would take 2-3 months "to link the calls via an HTML file," and that two months have elapsed, the Government is directed, within five days of the docketing of this Memorandum, to advise the Court as to the status of its efforts to satisfy the requirements set forth in the Scheduling Order. The Government may also propose an alternative method of providing the required metadata to defendants.

In addition, I ask counsel to confer and to advise the Court, within five days, as to any proposed modification of the schedule set forth in ECF 145. I am also amenable to a teleconference if the parties believe that one would be helpful to address the issues raised herein.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely,

/s/
Ellen Lipton Hollander
United States District Judge